JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| CHRISTOPHER ANDRE COOK, | No. SA CV 20-1714-JAK (PLA) |
| Plaintiff, | **ORDER DISMISSING ACTION WITHOUT PREJUDICE** |
| v. | |
| C. FLORES, et al., | |
| Defendants. | |

On September 8, 2020, plaintiff filed a pro se civil rights action herein pursuant to 42 U.S.C. § 1983. On September 29, 2020, the Magistrate Judge recommended that plaintiff's Request to Proceed In Forma Pauperis ("IFP Request") be denied based on the fact that plaintiff had made an inadequate showing of indigency. (ECF No. 6). On September 30, 2020, the Court denied plaintiff's IFP Request and ordered plaintiff to resubmit an amended IFP Request within thirty days "or this action will be dismissed." (Id.). As of the date of this Order, plaintiff has failed to submit

an amended IFP Request and his time to do so has long passed.[1]  Accordingly, the action is now dismissed without prejudice.

DATED:  November 25, 2020

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE

---

[1] In contrast, on September 16, 2020, the Court issued a virtually identical Order, also warning plaintiff about dismissal if he failed to submit an amended IFP Request within thirty days. (ECF No. 4). In response to that Order, plaintiff filed his amended IFP Request (the one at issue herein) just a week later. (ECF No. 5).

2